UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ACTIVANT SOLUTIONS, INC., <br><br> Petitioner, <br><br> vs. <br><br> NOTOCO INDUSTRIES, LLC., <br><br> Respondent. | Case No: C 11-02436 SBA <br><br> **JUDGMENT** |

In accordance with the Court's Order confirming the arbitration award,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Petitioner, Activant Solutions, Inc.

IT IS SO ORDERED.

Dated: October 25, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge