UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ACTIVANT SOLUTIONS, INC., | Case No: C 11-02436 SBA |
| Petitioner, | **JUDGMENT** |
| vs. | |
| NOTOCO INDUSTRIES, LLC., | |
| Respondent. | |

In accordance with the Court's Order confirming the arbitration award,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Petitioner, Activant Solutions, Inc.

IT IS SO ORDERED.

Dated: October 25, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge